```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    v.                      )<br>                            )<br>BINH V. TRAN,               )<br>                            )<br>            Defendant.      )<br>_____) | CASE NO. 1:05-cr-00102 OWW<br><br>MOTION TO DISMISS INDICTMENT AS<br>TO BINH V. TRAN AND ORDER |

Comes now the United States, by and through its attorney of record, McGregor W. Scott, United States Attorney, and Mark C. Cullers, Assistant United States Attorney, and requests leave of the court to dismiss, without prejudice, the Indictment as to Binh v. Tran in the interest of justice.

DATED: January 16, 2007              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                By    /s/ Mark E. Cullers
                                     MARK E. CULLERS
                                     Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   January ____, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

1